**IT IS SO ORDERED.**

Dated: August 02, 2010
      11:54:53 AM

Kay Woods
**United States Bankruptcy Judge**

BK1005611
ISS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE: | Case No. 10-41731 |
| Joann Radney | Chapter 7 |
| | Judge Woods |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT OF U.S. BANK, N.A. PROPERTY LOCATED AT (186 EUCLID BOULEVARD YOUNGSTOWN, OH 44505)** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A.

    At the hearing held July 22, 2010 the Judge granted the Motion for Relief from Stay and Abandonment and is allowing the debtor to reinstate the account within 60 days of the hearing held. In the

event that debtor reinstates the account, this Order shall be vacated by Motion of the Debtor.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 186 Euclid Boulevard, Youngstown, OH 44505.

IT IS THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 186 Euclid Boulevard, Youngstown, OH 44505.

###

**SUBMITTED BY:**

/s/ Joel K Jensen
Joel K Jensen, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0029302
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Household Realty Corporation - Creditor
385 Boardman Poland Road
The Shops at Boardman PK
Youngstown, OH 44512
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Joel K Jensen, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Rachel E Nader, Esq. - Attorney for Debtor
160 East Market Street
Suite 225
Warren, OH 44481
rnader@communitylegalaid.org
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Joann Radney - Debtor
186 Euclid Boulevard
Youngstown, OH 44505
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Andrew W. Suhar - Trustee
29 East Front Street, 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
trustee@suharlaw.com
VIA ELECTRONIC SERVICE

Trumbull County Treasurer - Creditor
Administration Building, Second Fl.
160 High Street NW
Warren, OH 44481
ORDINARY U.S. MAIL, POSTAGE PRE-PAID